UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH BEACH ACQUISITIONS, INC. (1), and<br><br>WEST COAST ACQUISITIONS, LLC (2)<br><br>Defendants. | Case No. 14CR927-MMA<br><br>**UNITED STATES' UNOPPOSED MOTION TO DISMISS THE CASE WITH PREJUDICE** |

Consistent with the terms of the Deferred Prosecution Agreement entered on April 10, 2014, the United States moves to dismiss the Information filed in this case with prejudice.

The motion is unopposed.

DATED: April 15, 2019

                              Respectfully submitted,

                              *s/Helen H. Hong*
                              Assistant United States Attorney

For the reasons set forth above, the motion is hereby GRANTED. The Information in this case is dismissed with prejudice.

SO ORDERED.

DATED: 4/16, 2019

                              The Honorable Michael S. Berg
                              United States Magistrate Judge
                              Southern District of California